

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00217-CV

| | | |
|---|---|---|
| Jeffrey Mann | § | From the 211th District Court |
| v. | § | of Denton County (2008-30359-211) |
| Denton County, Denton County Sheriff's Department, Paige McCormick, and Benny Parkey | § | October 9, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's March 28, 2013 order is void. It is ordered that the trial court's order is vacated and that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM